PROB 12C
(6/96)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

## Amended
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Javon Fulton    Case Number: A-09-CR-329(01)-SS

Name of Sentencing Judicial Officer: Honorable Sam Sparks, Senior United States District Judge

Date of Original Sentence: December 11, 2009

Original Offense: Count 2: Possession with the Intent to Distribute a Controlled Substance (Cocaine), in violation of 21 U.S.C. § 841(a)(1) and Count 4: Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1)

Original Sentence: 188 months' imprisonment as to Count 2, and 120 months' imprisonment as to Count 4, to be served concurrently. Imprisonment to be followed by a three (3) year term of supervised release on each count, to be served concurrently. Special conditions include alcohol abstinence, substance abuse treatment, mental health treatment, financial disclosure, and a $200 special assessment (satisfied)

Type of Supervision: Supervised Release    Date Supervision Commenced: April 26, 2018

Assistant U.S. Attorney: Ashley Chapman Hoff    Defense Attorney: R. Scott Magee (Appointed)

---

## PREVIOUS COURT ACTION

On December 9, 2011, the defendant's term of imprisonment was reduced from 188 months to 137 months as to Count 2, and to a term of 120 months as to Count 4, to be served concurrently.

On May 1, 2015, the defendant's term of imprisonment was reduced from 137 months to 115 months as to Count 2, and to a term of 115 months as to Count 4, to be served concurrently.

On July 12, 2020, a Probation Form 12A was filed to notify the Court of Fulton's July 4, 2020 criminal conduct that led to a warrant being issued for the charge of Assault Strangulation with Previous Conviction Family Violence 2nd degree felony. It was respectfully recommended no action be taken until the state warrant was executed and the defendant was in custody. The Court concurred.

FULTON, Jeremy Javon
Amended Petition for Warrant or Summons for Offender Under Supervision
Page 2

On July 24, 2020, a Probation Form 12C was filed with the Court in response to Fulton's July 23, 2020 arrest on an outstanding felony warrant. The same date a warrant was issued. On July 28, 2020, the warrant was executed. Revocation proceedings remain pending.

## PETITIONING THE COURT

[X] To issue a warrant.          [ ] To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation of Mandatory Condition No. 1:** "The defendant shall not commit another federal, state, or local crime."

**Violation of Special Condition:** "The defendant shall abstain from the use of alcohol and all other intoxicants during his term of supervision."

**Nature of Noncompliance:** On July 4, 2020 at approximately 5am, the Austin Police Department and Travis County Sheriff's Office responded to a 911 call for help at the 7-11 convenience store located in the 15000 block of FM 1825. According to the Travis County Sheriff's Office Affidavit for Warrant of Arrest and Detention, the caller reported she was assaulted at 1418 Mangrum Street by her child's father, Jeremy Fulton. The female victim reported she was in town from Houston to celebrate her son's birthday with Fulton and his family. She had fallen asleep in her hotel room and missed multiple calls from Fulton. She drove to his home at approximately 4:30am. When she arrived at the residence, Fulton was angry with her and told her to leave. As she walked to her vehicle, Fulton grabbed for her keys and struck her in the face with a closed fist. The victim ran in between two cars and Fulton got on top of her. She reported he strangled her with both of his hands until she lost consciousness. When she came to, the victim ran across FM 1825 to the convenience store where she called 911. She was observed to have bloodied and swollen lips; contusions to her left eye to include blood in the outer white of the eye; multiple bloodied scratch marks on both sides of her throat, neck, chin, and behind her ears; scratches on her left shoulder; abrasions to the back of her left hip; and dried blood on her shorts. In an Assault Victim Statement, the victim reported Fulton has strangled her on two prior occasions. The victim was evaluated by emergency medical personnel on site; however, declined further medical treatment.

The same date at approximately 7:15am, Fulton called the Probation Officer. He reported that he and his child's mother had a physical altercation in his front yard early the same morning. He continued that the pair had been consuming alcohol at a local hotel when a verbal altercation ensued. He left the hotel and returned home to avoid further confrontation. His child's mother came to his home at approximately 4am and woke the whole family by verbally making a scene. He related they took their verbal argument outside; however, the argument turned physical and

FULTON, Jeremy Javon
Amended Petition for Warrant or Summons for Offender Under Supervision
Page 3

both parties assaulted one another, at which time his child's mother walked away from his home and he returned inside. Fulton noted he was aware that law enforcement would be looking for him as his child's mother had contacted his mother about the altercation.

On July 7, 2020, an Assault Strangulation with Previous Conviction Family Violence 2nd Degree Felony warrant of arrest was issued for the defendant. The case has been filed under Docket No. D-1-DC-20-301051 in the Travis County District Court and remains pending.

On July 23, 2020, Fulton was arrested by the United States Marshal Service Task Force on the outstanding state warrant. He remains in McClennan County Jail.

*On August 6, 2020, three Violation of Protective Order – Family Violence Class A Misdemeanor warrants of arrest were issued for the defendant. All incidents that resulted in said charges being filed occurred after the filing of an emergency protective order that was filed on July 23, 2020. As the defendant is presently in the custody of the United States Marshals Service, the warrants were served the same date. The cases have been filed under Docket Nos. C-1-CR-20-501023, 501024, and 501025, in Travis County Court. The cases remain pending.*

**U.S. Probation Officer Recommendation:** Fulton has an extensive history of domestic battery. His term of supervised release should be revoked.

Approved by,

Hector J. Garcia
Supervising U.S. Probation Officer

Respectfully submitted,

Heather M. Durand
U.S. Probation Officer
Date: August 7, 2020

Received by,

/S/ Sharon S. Pierce
Sharon Pierce
Assistant U.S. Attorney

☒ recommend   ☐ does not recommend   Justification:_____

FULTON, Jeremy Javon
Amended Petition for Warrant or Summons for Offender Under Supervision
Page 4

### THE COURT ORDERS:

[ ] No Action

[ ] The Issuance of a Warrant

[ ] The Issuance of a Summons

[X] Other: Continue the warrant issued July 24, 2020, in effect.

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: August 7, 2020